**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| JAVIS FELTON DAVIES,<br><br>Petitioner,<br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 26-03150-CV-S-BP |

**ORDER TO SHOW CAUSE WHY**
**PETITION FOR WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED**

Pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED** to show cause on or before March 17, 2026, why the Petition for Writ of Habeas Corpus should not be granted. Petitioner shall have until and including March 20, 2026, to file a Traverse addressing the Response if he wishes to do so.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

**DATE**: March 12, 2026