**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

JAVIS FELTON DAVIES, )
)
                                Petitioner, )
v. )         No. 26-03150-CV-S-BP
)
PAMELA BONDI, in her official capacity as )
Attorney General of the United States, *et al.*, )
)
                          Respondents. )

## <u>ORDER DIRECTING PARTIES TO PROVIDE SUPPLEMENTAL BRIEFING</u>

Petitioner has been detained by the Department of Homeland Security ("DHS"); pending is his Petition for Writ of Habeas Corpus in which he argues he is being held in custody unlawfully. In summary, he argues that he is being held pursuant to 8 U.S.C. § 1226, which requires as a prerequisite that a warrant be issued by the Attorney General. He further argues that because a warrant was not issued by the Attorney General before he was arrested and detained, he is entitled to be released.

Respondents argue Petitioner is being held pursuant to 8 U.S.C. § 1225 but acknowledges that judges in this District (including the undersigned) have held otherwise. However, unlike in the other cases decided by the undersigned, Petitioner is not seeking a bond hearing—he argues that he is entitled to be immediately released because, as stated above, he argues his arrest did not comport with § 1226(a). Respondents have not specifically addressed the propriety of this remedy.

The Court will hold, as it has in similar circumstances, that § 1226 applies in this situation. Respondents are invited to address whether, given that holding, Petitioner's immediate release is the appropriate remedy, or if some other remedy is appropriate. Respondents shall file their

submission on or before March 26, 2026; Petitioner shall have until and including March 30, 2026, to respond.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

**DATE**: <u>March 23, 2026</u>