**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| JAVIS FELTON DAVIES,<br><br>Petitioner,<br>v.<br><br>TODD BLANCHE, in his official capacity as Attorney General of the United States, *et al.*,[1]<br><br>Respondents. | ) | No. 26-03150-CV-S-BP |

**ORDER DIRECTING RESPONDENTS TO FILE STATUS REPORT**

Respondents previously advised the Court that Petitioner's removal from this country was imminent, and in May 2025 he was to be removed to Uganda. However, removal was delayed because of an Ebola outbreak in that country. As of June 22, 2026, it remained "the intention of ICE to place Davies on the next available flight to Uganda once that country starts receiving immigration flights again." (Doc. 22.)

The Court requests that Respondents file an update on Petitioner's status within 14 days. If he has not been removed from the country, Respondents are directed to (1) indicate if they have an estimate as to when he will be removed and (2) confirm that a final Order of Removal has been entered (and provide the date on which it was issued).

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

**DATE**: October 6, 2026

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Todd Blanche is substituted as a Defendant in the place of Pamela Bondi.